# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BEN PAGE, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 5:17-CV-01146-MHH |
| **I LOVE SUSHI, et al.,** | } |
| **Defendants.** | } |

## ORDER

The parties have informed the Court that they have reached a settlement through mediation. (Doc. 57). The parties have filed a joint motion asking the Court to approve the FLSA settlement. (Doc. 58). The Court has reviewed the settlement, and consistent with the discussions on the record during the October 24, 2019 telephone conference, the Court approves the parties' proposed settlement. The Court directs the Clerk to please close the file.

**DONE** and **ORDERED** this October 25, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

Case 5:17-cv-01146-MHH   Document 62   Filed 10/25/19   Page 2 of 2